THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 James Wright, Appellant.
 
 
 

Appeal From Charleston County
 Daniel F. Pieper, Circuit Court Judge
Unpublished Opinion No. 2008-UP-597
Submitted October 1, 2008  Filed October
 17, 2008    
APPEAL DISMISSED

 
 
 
 Deputy Chief Attorney for Capital Appeals Robert M. Dudek, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General Henry Dargan McMaster, Assistant Deputy Attorney General Donald J.
 Zelenka, of Columbia; and Solicitor Ralph E. Hoisington, of Charleston, for
 Respondent.
 
 
 

PER CURIAM: James Wright appeals his conviction and sentence for
 murder, arguing the trial court erred by refusing to charge the jury on
 involuntary manslaughter.  After a
 thorough review of the record, counsels brief, and Wrights pro se brief
 pursuant to Anders v. California, 386 U.S. 738 (1967), and State v.
 Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] Wrights appeal and grant counsels motion to be relieved. 
APPEAL
 DISMISSED.
ANDERSON, WILLIAMS, and KONDUROS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.